THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY FOX, | CASE NO. C17-1832-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant to respond to Plaintiff's complaint (Dkt. No. 6). Finding good cause, the Court GRANTS the motion (Dkt. No. 6). Plaintiff's deadline to respond to the complaint is hereby EXTENDED from February 14, 2018 to February 28, 2018.

DATED this 14th day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1832-JCC
PAGE - 1