THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY FOX, | CASE NO. C17-1832-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA, INC., and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the March 20, 2018 status conference in this matter (Dkt. No. 11). Finding good cause, the Court GRANTS the motion. The status conference is CONTINUED to April 17, 2018 at 9:00 am. Plaintiff's counsel shall notify counsel for Aetna Life Insurance Company of the date and time of the rescheduled status conference after counsel for that Defendant appears in this case.

DATED this 8th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1832-JCC
PAGE - 1