THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JODY FOX, | CASE NO. C17-1832-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA, INC. and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement in principle (Dkt. No. 17). The parties shall file a stipulated notice of dismissal within 30 days of the issuance of this order. All pending deadlines in this case are hereby STRICKEN, including the status conference currently set for May 1, 2018 at 9:00 am (Dkt. No. 16). The Clerk is DIRECTED to statistically close the case pending the anticipated filing of a stipulated order of dismissal.

DATED this 26th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1832-JCC
PAGE - 1