THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY FOX, | CASE NO. C17-1832-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA, INC. and AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of the deadline to file a stipulated notice of dismissal (Dkt. No.19). The Court hereby GRANTS the parties' motion. The parties are instructed to file a stipulated notice of dismissal or otherwise update the Court on settlement progress by June 15, 2018.

DATED this 29th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1832-JCC
PAGE - 1